**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| RASHEEDA SUMNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-000589 |
| | ) |
| THE KROGER CO., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1331, 1441, and 1446, Defendant Kroger Limited Partnership I (incorrectly identified as "The Kroger Co.," hereinafter "Defendant") by its counsel, hereby serves notice of removal of this action from the Marion Superior Court, Civil Division 3, to the United States District Court for the Southern District of Indiana, Indianapolis Division. In support of this notice, Defendant states that removal is appropriate on the following grounds:

1. On March 10, 2023, Plaintiff filed her Summons and Complaint in the Marion County Superior Court, Civil Division 3, which was docketed under Cause Number 49D03-2303-CT-010302.

2. The Summons and Complaint were served to the Defendant's registered agent on March 16, 2023.

3. Plaintiff's Complaint raises claims for relief pursuant to Title VII of the Civil Rights Action of 1964, 42 U.S.C. §2000e, *et seq.* The Complaint seeks compensatory damages, punitive damages, equitable relief, attorney fees and costs.

4. This Court has original jurisdiction over civil actions arising under questions of federal law. 28 U.S.C. § 1331.

5.	Defendant may properly remove this civil action because it was brought in State court within this Court's federal jurisdiction, and this Court had original jurisdiction over this action. *See* 28 U.S.C. § 1441(a).  Venue is proper pursuant to 28 U.S.C. § 94(b)(4) because this Court is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

6.	Pursuant to 28 U.S.C. § 1446(b), this notice of removal is being filed within thirty (30) days of Defendant's receipt of the Plaintiff's Complaint.  Accordingly, this notice of removal is timely filed.

7.	Pursuant to 28 U.S.C. §1446(a), Defendant is submitting copies of all process, pleadings, and orders served upon or by them in the state court action (attached hereto as **Exhibit A**).  Pursuant to S.D. Indiana Local Rule 81-2, a copy of the state court docket and all other case filings organized by state court filing date are included as part of **Exhibit A**.  A separate copy of the state court Complaint is attached as **Exhibit B**.  As of the time of filing this Notice of Removal, Defendant is not aware of any motions filed or pending before the state court.  In accordance with L.R. 81-2, Defendant will file a separate notice indicating the fact that no motions are known to have been filed/be pending in the state court action.

8.	Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed promptly with the Marion Superior Court, Civil Division 3, and served upon Plaintiff's counsel.

WHEREFORE, the Defendant, Kroger Limited Partnership I, hereby removes this civil action from the Marion County Superior Court, Cause Number 49D03-2303-CT-010302, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Jason T. Clagg*
Jason T. Clagg (Atty No. 24123-02)
(jason.clagg@btlaw.com)
888 South Harrison Street, Suite 600
Fort Wayne, IN  46802
Telephone:  (260) 425-4646
Facsimile:  (260) 424-8316

*Attorneys for Defendant*
*Kroger Limited Partnership I*

### CERTIFICATE OF SERVICE

I certify that this document was electronically filed on April 5, 2023. The same day, the following individual(s) were served via United States Postal Service:

Benjamin C. Ellis
HKM Employment Attorneys LLP
320 North Meridian Street, Suite 615
Indianapolis, IN  46204
bellis@hkm.com

Counsel for Plaintiff

*/s/Jason T. Clagg*
Jason T. Clagg
BARNES & THORNBURG LLP