UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Rasheeda Sumner**,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>Defendant. | *The court acknowledges the Stipulation of Dismissal, Dkt. [39]. The Clerk is DIRECTED to close this case on the docket. JPH 5/28/2024. Distribution via ECF.*<br><br>Cause No. 1:23-cv-589-JPH-TAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, each by counsel, respectfully stipulate to the dismissal of this case with prejudice, with each party bearing their own attorney fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin C. Ellis* | */s/ Jason Clagg* (w/ permission) |
| Benjamin C. Ellis | Jason Clagg |
| Claire E. Hunter | Mark D. Scudder |
| HKM EMPLOYMENT ATTORNEYS LLP | Mitchell Berry |
| 320 N. Meridian St., Ste. 615 | BARNES & THORNBURG LLP |
| Indianapolis, IN 46204 | 888 S. Harrison St., Ste. 600 |
| P/F  │ (317) 824-9747 | Ft. Wayne, IN 46802 |
| Email │ bellis@hkm.com | Phone │ (260) 425-4646 |
|         chunter@hkm.com | Fax    │ (260) 424-8316 |
| | Email  │ jason.clagg@btlaw.com |
| | mark.scudder@btlaw.com |
| | mitchell.berry@btlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |